UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAS MAKROGIANNIS,<br><br>Defendant. | Case No.: 18-CR-5310-GPC<br><br>**ORDER TERMINATING PROBATION** |
|---|---|

This matter having come before this Court on the Defendant's Unopposed Motion to Terminate Probation, the Court having considered the circumstances of the case, the position of the parties, and all relevant evidence and argument, **IT IS HEREBY ORDERED** that Defendant Nicolas Makrogiannis' term of probation is **HEREBY TERMINATED**.  This matter is now closed for all purposes.

**IT IS SO ORDERED.**

Dated:  November 10, 2020

_____
Hon. Gonzalo P. Curiel
United States District Judge

1

18-CR-5310-GPC